

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

October 14, 2025

**VIA ECF**
Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.

SO ORDERED:

10/15/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: *Manuel Paz v. Elio&Sons1 LLC, et al.*,
    Docket No.: 25-CV-03381 (JAV) (RWL)

Dear Judge Vargas:

This firm represents Plaintiff Manuel Paz in this matter against Defendants Elio&Sons1 LLC, Morgan Group LLC, Ryan Morgan, Scott Morgan, Premtim Gjonbalic and Donika Islami for violations of the Fair Labor Standards Act and New York Labor Law. Defendants Elio&Sons1 LLC, Premtim Gjonbalic and Donika Islami (collectively as the "Elio&Sons1 Defendants") filed an Answer to the Complaint that asserted several Counterclaims under New York common law. Plaintiff's deadline to file an Answer or motion in response to these Counterclaims is October 16, 2025. Plaintiff and the Elio&Sons1 Defendants are scheduled to engage in an SDNY mediation on November 10, 2025. Plaintiff intends to file a motion to dismiss the Elio&Sons1 Defendants' Counterclaims under Fed. R. Civ. P. 12. However, Plaintiff believes that the mediation would be the most productive if the parties focus their efforts on preparing for and participating in mediation, and conserving Defendants' resources for use towards funding a settlement, if a settlement can be reached, rather than expending their time and resources on extensive motion practice. Moreover, Plaintiff's counsel currently has an extremely busy litigation calendar, including engaging in motion practice relating to several substantive motions with overlapping deadlines. Accordingly, Plaintiff requests, with the Elio&Sons1 Defendants' consent, that his deadline to file an Answer or motion in response to Defendants' Counterclaims be extended by twenty-nine days from October 16, 2025 until November 14, 2025. This is Plaintiff's first request for the relief sought herein. If granted, this request should not impact any other deadlines.

Plaintiff thanks the Court for its kind consideration of this request.

Respectfully,

/S/ David D. Barnhorn
DAVID D. BARNHORN, ESQ.

C: All Counsel of Record

490 Wheeler Road, Suite 277, Hauppauge, New York 11788 • (631) 257-5588 • overtimelawny.com