UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MANUEL PAZ, on behalf of himself, individually,
and all other persons similarly situated,

                   Docket No.:  25-CV-03381

       Plaintiff,

    -against-

ELIO&SONS1 LLC, MORGAN GROUP LLC,
RYAN MORGAN, SCOTT MORGAN, PREMTIM
GJONBALIC and DONIKA ISLAMI,

       Defendants.
------------------------------------------------------------------------X

### JUDGMENT PURSUANT TO FED. R. CIV. P. 68

WHEREAS on or about February 10, 2026, Defendants ELIO&SONS1 LLC, PREMTIM GJONBALIC and DONIKA ISLAMI extended to Plaintiff MANUEL PAZ an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Five Thousand Dollars and Zero Cents ($5,000.00) in resolution of Plaintiff's federal claims only under the Fair Labor Standards Act ("FLSA") (First and Second Claims for Relief), inclusive of attorneys' fees, with respect to these claims against Defendants ELIO&SONS1 LLC, PREMTIM GJONBALIC and DONIKA ISLAMI under the Fair Labor Standards Act only, and

WHEREAS said Plaintiff accepted said offer on or about February 23, 2026,

JUDGMENT shall be entered in favor of said Plaintiff MANUEL PAZ against said Defendant ELIO&SONS1 LLC, PREMTIM GJONBALIC and DONIKA ISLAMI in the amount of Five Thousand Dollars and Zero Cents ($5,000.00) in resolution of Plaintiff's federal claims only under the Fair Labor Standards Act ("FLSA") (First and Second Claims for Relief) as against Defendants ELIO&SONS1 LLC, PREMTIM GJONBALIC and DONIKA ISLAMI only.

The Clerk of Court is respectfully directed to close this case.

Dated: New York, New York

April 22, 2026

_____
JUDGE ARUN SUBRAMANIAN, U.S.D.J.